PROB 35　　　　　　　　　　　　　　　　　　　　　　Report and Order Terminating Probation /
(Rev. 5/01)　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Supervised Release
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Prior to Original Expiration Date



## UNITED STATES DISTRICT COURT
## FOR THE
## SOUTHERN DISTRICT OF GEORGIA
## BRUNSWICK DIVISION

UNITED STATES OF AMERICA

V.　　　　　　　　　　　　　　　　　　　　　　Crim. No. 203-00035-001

Frank Joseph Meyers

　　　On May 21, 2004, the above-named was placed on supervised release for a period of three years. He has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that Frank Joseph Meyers be discharged from supervised release.

　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　David M. Paga
　　　　　　　　　　　　　　　　　　　　　　U.S. Probation Officer

### ORDER OF THE COURT

　　　Pursuant to the above report, it is ordered that the defendant is discharged from supervised release and that the proceedings in the case be terminated.

　　　Dated this ___21___ day of August, 2006.

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　Judge, U.S. District Court